# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: ROBINSON, ROBERT SUTTON, III | § | Case No. 12-83859 |
| ROBINSON, CINDY JANE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                  , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/29/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  03/14/2013             By:  /s/JOSEPH D. OLSEN
                                                                                   Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: ROBINSON, ROBERT SUTTON, III | § | Case No. 12-83859 |
| ROBINSON, CINDY JANE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 5,990.00 |
| **Balance on hand:** | $ 5,990.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,990.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 63.57 | 0.00 | 63.57 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,150.00 | 0.00 | 1,150.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,563.57 |
| Remaining balance: | $ 3,426.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     3,426.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     3,426.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,657.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,529.68 | 0.00 | 174.56 |
| 2 | Capital One Bank (USA), N.A. | 5,963.62 | 0.00 | 411.50 |
| 3 | PYOD, LLC its successors and assigns as assignee | 1,402.66 | 0.00 | 96.78 |
| 4 | PYOD, LLC its successors and assigns as assignee | 14,286.92 | 0.00 | 985.81 |
| 5 | FIA CARD SERVICES, N.A. | 9,837.46 | 0.00 | 678.79 |
| 6 | Sallie Mae | 6,907.54 | 0.00 | 476.63 |
| 7 | FIA CARD SERVICES, N.A. | 2,237.85 | 0.00 | 154.41 |
| 8 | eCAST Settlement Corporation, assignee | 760.01 | 0.00 | 52.44 |
| 9 | Portfolio Investments II LLC | 1,129.66 | 0.00 | 77.95 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Portfolio Investments II LLC | 4,322.14 | 0.00 | 298.23 |
| 11 | Portfolio Investments II LLC | 280.09 | 0.00 | 19.33 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 3,426.43 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 12-83859-TML
Robert Sutton Robinson, III                                          Chapter 7
Cindy Jane Robinson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 3                  Date Rcvd: Mar 26, 2013
                              Form ID: pdf006             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2013.
db/jdb      +Robert Sutton Robinson, III,   Cindy Jane Robinson,   433 Lakeside Road,
             Crystal Lake, IL 60014-5625
19555100    +Advocate Good Shepherd Hospital,    450 West Highway 22,   Barrington, IL 60010-1999
19555102    +Aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
19555101    +Aes/nct,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
19555104    +Bank Of America,   Po Box 982238,   El Paso, TX 79998-2238
19555105    +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
19555103    +Bank of America,   7105 Corporate Drive,   Plano, TX 75024-4100
19555106    +Cap1/mnrds,   Po Box 5253,   Carol Stream, IL 60197-5253
19555107    +Capital One,   Corporate Headquarters,   1680 Capital One Drive,   Mc Lean, VA 22102-3407
19849969     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
19555108    +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
19555109    +Capital One/Menards,   Corporate Headquarters,   1680 Capital One Drive,   Mc Lean, VA 22102-3407
19555110    +Chase,   Corporate Headquarters,   270 Park Avenue,   New York, NY 10017-2070
19555111    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
19555112    +Chela/Sallie Mae,   Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
19555113    +Citi,   Corporate Headquarters,   399 Park Ave,   New York, NY 10022-4614
19555114    +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
19555115    +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,
             Kansas City, MO 64195-0363
19555116    +Client Services, Inc.,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
19926394     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19555123    +Medical Business Bureau,   1175 Devin Drive, Suite 173,   Norton Shores, MI 49441-6079
19555124    +Medical Business Bureau,LLC,   PO Box 1219,   Park Ridge, IL 60068-7219
19555125    +Mercy Health System,   1000 Mineral Point Avenue,   Janesville, WI 53548-2940
19555126     Nicholas Robinson,   4687 Highway 61,   Bloomsdale, MO 63627-8921
19555127    +Sherman Hospital,   1425 North Randall Rd,   Elgin, IL 60123-2300
20128546     eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19555118     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2013 02:46:01
             Discover Financial Services LLC,   Corporate Headquarters,   2500 Lake Cook Rd,
             Riverwoods, IL 60015
19791391     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2013 02:46:01    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19555117    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2013 02:46:01    Discover Fin,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
19555119    +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:46:00    GE Money Bank,
             Corporate Headquarters,   901 Main Avenue,   Norwalk, CT 06851-1172
19555121    +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:43:56    Gemb/JC Penny,
             Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19555122    +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:44:23    Gemb/Walmart,   Attn: Bankruptcy,
             Po Box 103104,   Roswell, GA 30076-9104
19555120    +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:45:38    Gemb/gapdc,   Attn: bankruptcy,
             Po Box 103104,   Roswell, GA 30076-9104
19894864    +E-mail/Text: resurgentbknotifications@resurgent.com Mar 27 2013 02:27:10
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
20142839     E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2013 02:45:47    Portfolio Investments II LLC,
             c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, Florida 33131-1605
19950257    +E-mail/PDF: pa_dc_claims@salliemae.com Mar 27 2013 02:46:05    Sallie Mae,   c/o Sallie Mae Inc.,
             220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
19555128    +E-mail/Text: carol.madison@smithnephew.com Mar 27 2013 02:30:50    Smith & Nephew,
             1450 Brooks Road,   Memphis, TN 38116-1892
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: vgossett           Page 2 of 3            Date Rcvd: Mar 26, 2013
                              Form ID: pdf006          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2013**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 3 of 3              Date Rcvd: Mar 26, 2013
                              Form ID: pdf006             Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2013 at the address(es) listed below:
          Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Roxanna  Hipple    on behalf of Joint Debtor Cindy Jane Robinson rhipple@sprynet.com, rhipple62@gmail.com
          Roxanna  Hipple    on behalf of Debtor Robert Sutton Robinson, III rhipple@sprynet.com, rhipple62@gmail.com

                                                                TOTAL: 6