UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ROBINSON, ROBERT SUTTON, III       § Case No. 12-83859
       ROBINSON, CINDY JANE               §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $206,932.46                  Assets Exempt: $57,461.46
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,426.43     Claims Discharged
                                               Without Payment: $69,521.56

Total Expenses of Administration: $2,573.57

---

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $230,165.09 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,573.57 | 2,573.57 | 2,573.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,146.41 | 49,657.63 | 49,657.63 | 3,426.43 |
| **TOTAL DISBURSEMENTS** | $302,311.50 | $52,231.20 | $52,231.20 | $6,000.00 |

4) This case was originally filed under Chapter 7 on October 11, 2012. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2013          By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto: 2009 Jeep Wrangler, 4 door, 15,000 miles, | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America, N.a. | 4110-000 | 230,165.09 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$230,165.09** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 63.57 | 63.57 | 63.57 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,573.57** | **$2,573.57** | **$2,573.57** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,359.79 | 2,529.68 | 2,529.68 | 174.56 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 5,736.00 | 5,963.62 | 5,963.62 | 411.50 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,275.00 | 1,402.66 | 1,402.66 | 96.78 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 13,798.32 | 14,286.92 | 14,286.92 | 985.81 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 9,639.00 | 9,837.46 | 9,837.46 | 678.79 |
| 6 | Sallie Mae | 7100-000 | 7,494.00 | 6,907.54 | 6,907.54 | 476.63 |
| 7 | FIA CARD SERVICES, N.A. | 7100-000 | 2,166.98 | 2,237.85 | 2,237.85 | 154.41 |
| 8 | eCAST Settlement Corporation, assignee | 7100-000 | 718.08 | 760.01 | 760.01 | 52.44 |
| 9 | Portfolio Investments II LLC | 7100-000 | 1,104.88 | 1,129.66 | 1,129.66 | 77.95 |
| 10 | Portfolio Investments II LLC | 7100-000 | 4,322.00 | 4,322.14 | 4,322.14 | 298.23 |
| 11 | Portfolio Investments II LLC | 7100-000 | 242.00 | 280.09 | 280.09 | 19.33 |
| NOTFILED | Aes/nct | 7100-000 | 4,914.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/nct | 7100-000 | 5,731.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Corporate Headquarters | 7100-000 | 435.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/nct Aes/Ddb | 7100-000 | 9,517.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Corporate Headquarters | 7100-000 | 154.81 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 407.00 | N/A | N/A | 0.00 |
| NOTFILED | Smith & Nephew | 7100-000 | 461.23 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 359.54 | N/A | N/A | 0.00 |
| NOTFILED | Capital One/Menards Corporate Headquarters | 7100-000 | 1,073.76 | N/A | N/A | 0.00 |
| NOTFILED | Chase Corporate Headquarters | 7100-000 | 63.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 174.02 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $72,146.41 | $49,657.63 | $49,657.63 | $3,426.43 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83859  
**Case Name:** ROBINSON, ROBERT SUTTON, III  
ROBINSON, CINDY JANE  
**Period Ending:** 06/25/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/11/12 (f)  
**§341(a) Meeting Date:** 11/15/12  
**Claims Bar Date:** 03/07/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 433 Lakeside Rd, | 156,636.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Home State Bank Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Home State Bank Checking Account | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Home State Bank Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Home State Bank Savings Account | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Furniture, Appliances, Household goods | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Trade Tools | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Target 401K | 39,000.00 | 0.00 | | 0.00 | FA |
| 12 | American Funds 401K | 5,511.46 | 0.00 | | 0.00 | FA |
| 13 | Auto: 2002 Honda Accord, 89,900 miles, good cond | 4,325.00 | 0.00 | | 0.00 | FA |
| 14 | Auto: 2009 Jeep Wrangler, 4 door, 15,000 miles, | 12,625.00 | 0.00 | | 6,000.00 | FA |
| 15 | Auto: 1999 Jeep Wrangler, 2 door, 112,000 miles, | 200.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$219,557.46** | **$0.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2013     **Current Projected Date Of Final Report (TFR):** March 14, 2013 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 12-83859  
**Case Name:** ROBINSON, ROBERT SUTTON, III  
ROBINSON, CINDY JANE  
**Taxpayer ID #:** **-***0404  
**Period Ending:** 06/25/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****075166 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/13 | {14} | Robert and Cindy Robinson | Compromise re: 09 Jeep | 1129-000 | 6,000.00 | | 6,000.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 04/30/13 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,150.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,150.00 | 4,840.00 |
| 04/30/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,350.00, Trustee Compensation; Reference: | 2100-000 | | 1,350.00 | 3,490.00 |
| 04/30/13 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $63.57, Trustee Expenses; Reference: | 2200-000 | | 63.57 | 3,426.43 |
| 04/30/13 | 104 | Discover Bank | Dividend paid 6.90% on $2,529.68; Claim# 1; Filed: $2,529.68; Reference: | 7100-000 | | 174.56 | 3,251.87 |
| 04/30/13 | 105 | Capital One Bank (USA), N.A. | Dividend paid 6.90% on $5,963.62; Claim# 2; Filed: $5,963.62; Reference: | 7100-000 | | 411.50 | 2,840.37 |
| 04/30/13 | 106 | Sallie Mae | Dividend paid 6.90% on $6,907.54; Claim# 6; Filed: $6,907.54; Reference: | 7100-000 | | 476.63 | 2,363.74 |
| 04/30/13 | 107 | eCAST Settlement Corporation, assignee | Dividend paid 6.90% on $760.01; Claim# 8; Filed: $760.01; Reference: | 7100-000 | | 52.44 | 2,311.30 |
| 04/30/13 | 108 | FIA CARD SERVICES, N.A. | Combined Check for Claims#5,7 | | | 833.20 | 1,478.10 |
| | | | Dividend paid 6.90% on 678.79 $9,837.46; Claim# 5; Filed: $9,837.46 | 7100-000 | | | 1,478.10 |
| | | | Dividend paid 6.90% on 154.41 $2,237.85; Claim# 7; Filed: $2,237.85 | 7100-000 | | | 1,478.10 |
| 04/30/13 | 109 | Portfolio Investments II LLC | Combined Check for Claims#9,10,11 | | | 395.51 | 1,082.59 |
| | | | Dividend paid 6.90% on 77.95 $1,129.66; Claim# 9; Filed: $1,129.66 | 7100-000 | | | 1,082.59 |
| | | | Dividend paid 6.90% on 298.23 $4,322.14; Claim# 10; Filed: $4,322.14 | 7100-000 | | | 1,082.59 |
| | | | Dividend paid 6.90% on 19.33 $280.09; Claim# 11; Filed: $280.09 | 7100-000 | | | 1,082.59 |
| 04/30/13 | 110 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#3,4 | | | 1,082.59 | 0.00 |
| | | | Dividend paid 6.90% on 96.78 $1,402.66; Claim# 3; Filed: $1,402.66 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.90% on 985.81 | 7100-000 | | | 0.00 |

Subtotals : $6,000.00   $6,000.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-83859 | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| **Case Name:** | ROBINSON, ROBERT SUTTON, III | **Bank Name:** | Rabobank, N.A. |
| | ROBINSON, CINDY JANE | **Account:** | ****075166 - Checking Account |
| **Taxpayer ID #:** | **-***0404 | **Blanket Bond:** | $820,095.60   (per case limit) |
| **Period Ending:** | 06/25/13 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | $14,286.92;  Claim# 4; Filed: $14,286.92 | | | | |

| | | | **ACCOUNT TOTALS** | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$6,000.00** | |

Net Receipts :       6,000.00
_____
Net Estate :       $6,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****075166** | 6,000.00 | 6,000.00 | 0.00 |
| | **$6,000.00** | **$6,000.00** | **$0.00** |